UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| NOAH PERRY,<br><br>        Plaintiff,<br><br>v.<br><br>MOM'S ORGANIC MARKET, INC., *et al.*,<br><br>        Defendants. | Civil Action No. 8:23-cv-02823-TJS |

## DEFENDANTS' RENEWED MOTION TO DISMISS

Defendants Mom's Organic Market, Inc., Stacie May, and Lara McCallum (collectively "Defendants"), by and through their undersigned attorneys, and pursuant to Fed. R. Civ. P. 12(b)(6), hereby move for the dismissal of the Complaint filed by Plaintiff, Noah Perry ("Plaintiff"), in the above-captioned matter for the reasons set forth in the accompanying memorandum of law.

**WHEREFORE**, Defendants respectfully requests that this Court grant their motion and dismiss Plaintiff's Complaint with prejudice, and grant any further relief deemed appropriate.

Dated:  January 10, 2024      Respectfully Submitted,

                 */s/ Sadina Montani*
                 Sadina Montani (Bar #10476)
                 Eli Berns-Zieve (Bar #30590)
                 CROWELL & MORING LLP
                 1001 Pennsylvania Avenue, N.W.
                 Washington, D.C.  20004-2595
                 O: (202) 624-2500
                 F: (202) 628-5116
                 SMontani@Crowell.com
                 EBerns-Zieve@Crowell.com

                 *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

  I certify that on January 10, 2024, a copy of the foregoing Defendants' Renewed Motion to Dismiss, Memorandum of Law in Support Thereof, and Proposed Order were filed electronically with the Clerk of Court via ECF, which provided notice to all parties identified on the CM/ECF service list.

                */s/ Sadina Montani*
                Sadina Montani