UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| NOAH PERRY,<br><br>                         Plaintiff,<br>v.<br><br>MOM'S ORGANIC MARKET, INC., *et al.*,<br><br>                         Defendants. | Civil Action No. 8:23-cv-02823-TJS |

**[PROPOSED] ORDER**

Upon consideration of Defendants MOM's Organic Market, Inc., Stacie May, and Lara McCallum's Motion to Dismiss and memorandum of law in support thereof, it is this _____ day of _____, 2024 hereby

**ORDERED** that the motion is **GRANTED;** and it is further

**ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

_____