UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| NOAH PERRY,<br><br>       Plaintiff,<br>v.<br><br>MOM'S ORGANIC MARKET, INC., *et al.*,<br><br>       Defendants. | Civil Action No. 8:23-cv-02823-DLB |

## MOTION FOR EXTENSION OF TIME

Defendants Mom's Organic Market, Inc., Stacie May, and Lara McCallum (collectively "Defendants") write to respectfully request, pursuant to Local Civil Rule 105.9, that the Court grant an extension of the briefing schedule on Defendants' Renewed Motion to Dismiss, ECF 27, such that Plaintiff shall have until February 7, 2024, to file an opposition, and Defendants MOMs, May, and McCallum shall have until March 6, 2024, to file a reply.

Plaintiff's counsel consents to the requested extension. Defense counsel attempted to obtain the consent of unrepresented co-Defendant Kyle Young, who did not move to dismiss and so is not affected by the briefing schedule, but received no response.

Dated:  January 12, 2024      Respectfully Submitted,

                  */s/ Sadina Montani*
                  Sadina Montani (Bar #10476)
                  Eli Berns-Zieve (Bar #30590)
                  CROWELL & MORING LLP
                  1001 Pennsylvania Avenue, N.W.
                  Washington, D.C.  20004-2595
                  O: (202) 624-2500
                  F: (202) 628-5116
                  SMontani@Crowell.com
                  EBerns-Zieve@Crowell.com

                  *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on January 12, 2024, a copy of the foregoing Defendants' Motion for Extension of Time and Proposed Order were filed electronically with the Clerk of Court via ECF, which provided notice to all parties identified on the CM/ECF service list.

*/s/ Sadina Montani*
Sadina Montani